IGNATOWITZ, Appellant, v. WERBELOVSKY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Daniel Ignatowitz against Benjamin Werbelovsky and another. A. Hut-

ter, of New York City, for appellant. . T. H. Lord, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.